BETHILDA GLASS, Respondent, *v.* BENJAMIN McALLISTER, JR., Appellant.

DAVIES, J. No points have been furnished by the appellant. The action was for work and labor, furnished by the plaintiff for the defendant, and upon the facts found by the referee, there is no legal objection to the recovery. No question of law is presented for review in this court, and the judgment should therefore be affirmed with costs.